[Cite as *05/29/2002 Case Announcements*, 2002-Ohio-2444.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 29, 2002*

## MERIT DECISIONS WITHOUT OPINIONS

**2001–1958.   State ex rel. Cincinnati–Dayton Stenographic, Inc. v. Crehan.**
In Mandamus. On motion to dismiss action as moot. Motion granted and attorney fees awarded.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.
  LUNDBERG STRATTON, J., dissents in part because she would not grant attorney fees.

**2001–2169.   State ex rel. Hartman v. Cuyahoga Cty. Bd. of Elections.**
Cuyahoga App. No. 80446. Sua sponte, cause dismissed as moot.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–0389.   State ex rel. Hollins v. Fifth Dist. Court of Appeals.**
In Mandamus. On complaint in mandamus of Raymond Hollins. On S.Ct.Prac.R. X(5) determination, cause dismissed.

**2002–0415.   State ex rel. Pepple v. Montgomery.**
In Mandamus and Prohibition. On motion to dismiss of Betty D. Montgomery, Attorney General, and Kenneth J. Blackwell, Ohio Secretary of State, motion to dismiss of Ohio Campaign for New Drug Policies, and motion to dismiss of Alesnik, Blaskis, and Hynd. Sua sponte, cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–0633.   Hollins v. Rose.**
In Habeas Corpus. On petition for writ of habeas corpus of Raymond Rollins. Sua sponte, cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–0660.   Garrett v. Mack.**
In Habeas Corpus. On petition for writ of habeas corpus of Steven E. Garrett, Jr. Sua sponte, cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–0716.   State v. Slaven.**
In Habeas Corpus. On petition for writ of habeas corpus of Oral Dennis Slaven. Sua sponte, cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–0722.   Pegg v. Wilkinson.**
In Habeas Corpus. On petition for writ of habeas corpus of Maurice S. Pegg. Sua sponte, cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–0754.   Maguran v. Cuyahoga Cty. Dept. of Children & Family Serv.**
In Habeas Corpus. On petition for writ of habeas corpus of Crystal Maguran. Sua sponte, cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**1989–0846.   State v. Lott.**
Cuyahoga App. No. 54537. On motion to set execution date.   Motion granted.
  MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., dissent.